USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
KASIRER LLC,

                Plaintiff,

    -against-                           22-CV-6989 (VEC)

                                            ORDER

UNITED STATES SMALL BUSINESS
ADMINISTRATION OFFICE OF CAPITAL
ACCESS,

                Defendant.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 18, 2022, the parties appeared for an Initial Pretrial Conference.

      IT IS HEREBY ORDERED that, as discussed at the conference, the parties must meet and confer and submit a proposed summary judgment briefing schedule by no later than **December 2, 2022**.

      IT IS FURTHER ORDERED that the deadline to file the administrative record is **February 28, 2023**; any motions to amend or supplement the record are due by **March 31, 2023**.

**SO ORDERED.**

Date: November 18, 2022
      New York, New York

                                                          **VALERIE CAPRONI**
                                                          **United States District Judge**