

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2023

April 13, 2023

# MEMO ENDORSED

**By ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *Kasirer LLC v. United States Small Business Administration Office of Capital Access*, No. 22 Civ. 6989 (VEC)

Dear Judge Caproni:

This Office represents the United States Small Business Administration ("SBA") in the above-referenced action. On February 28, 2023, SBA lodged the certified administrative record in this action, *see* Dkt. No. 19, accompanied by a letter motion to seal, *see* Dkt. No. 18. On March 2, 2023, the Court granted that motion, sealing the certified administrative record. SBA recently discovered that the document identified on the Index of Administrative Record as document 07 was left out of the certified administrative record, and the document identified as document 08 was inadvertently duplicated. To fix this error, SBA respectfully requests leave to file under seal a corrected certified administrative record, certification, and Index of Administrative Record.[1] Kasirer consents to this request.

I thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:  */s/ Alyssa B. O'Gallagher*
ALYSSA B. O'GALLAGHER
Assistant United States Attorney
Tel.:  (212) 637-2822
Email: alyssa.o'gallagher@usdoj.gov

Application GRANTED.

SO ORDERED.        Date: 4/18/2023

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

[1] No corrections are necessary to the Kasirer PPP Forgiveness Calculator, which was emailed to the Court and Kasirer in its native format on February 28, 2023.